### ERICK CARLSON v. JOHN F. SEGOG.[1]

### ANDREW PETERSON v. SAME.

April 22, 1895.

Nos. 9425, 9426.

Appeal by defendant in each case from an order of the municipal court of Duluth, Winje, Special Judge, denying a motion for a new trial. Reversed.

*Schmidt & Reynolds*, for appellant.

*Wm. R. Spencer*, for respondents.

CANTY, J. These actions were tried at the same time as the above action of Carlson v. Segog, supra, page 498, involve the same questions, and are disposed of by the above opinion, and in each case the order appealed from is reversed, and a new trial ordered.

[1] Reported in 62 N. W. 1133.